Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600
Fax: (702) 669-4650
Email: preilly@hollandhart.com
       smschwartz@hollandhart.com

*Attorneys for Defendant*
*Salander Enterprises, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA TEBBS,<br><br>        Plaintiff,<br>vs.<br><br>SALANDER ENTERPRISES, LLC,<br><br>        Defendant. | Case No.: 2:16-cv-01744-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

/ / /

/ / /

/ / /

9570922_1

**STIPULATION**

Plaintiff Teresa Tebbs and Defendant Salander Enterprises, LLC hereby stipulate and agree to dismiss the above-entitled action with prejudice, with each party to bear its or his own attorney's fees and costs.

DATED this 16th day of February, 2017.   DATED this 16th day of February, 2017.

   /s/ Michael Kind                               /s/ Patrick J. Reilly
Michael Kind, Esq.                               Patrick J. Reilly, Esq.
KAZEROUNI LAW GROUP, APC           Susan M. Schwartz, Esq.
7854 W. Sahara Avenue                  HOLLAND & HART LLP
Las Vegas, Nevada 89117                9555 Hillwood Drive, 2nd Floor
                                                Las Vegas, NV 89134
David H. Krieger, Esq.
HAINES & KRIEGER, LLC                 *Attorneys for Defendant*
8985 S. Eastern Avenue, Suite 350       *Salander Enterprises, LLC*
Henderson, Nevada 89123

*Attorneys for Plaintiff Teresa Tebbs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 21, 2017

9570922_1